JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silas Braxton,<br><br>       Plaintiff,<br>vs.<br><br>EDWARD J. JENKINS, Trustee of the Survivor's Trust of the Jenkins Family Revocable Trust dated March 7, 2012; and Does 1-10,<br><br>       Defendant. | **Case No.: 2:19-cv-03077-RSWL-MAA**<br><br>*Hon. Ronald S.W. Lew*<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 19, 2019<br>Trial Date:   Not Calendared |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against EDWARD J. JENKINS, Trustee of the Survivor's Trust of the Jenkins Family Revocable Trust dated March 7, 2012 ("Defendant").

Dated: 1/6/2019

s/ RONALD S.W. LEW
Hon. Ronald S. W. Lew
Judge, United States Court
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE